IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CLARENCE DeJUAN ANDERSON**                              **PETITIONER**

v.                                                  CAUSE NO. 1:17-cv-284-LG-LRA

**LEPHER JENKINS**                                         **RESPONDENT**

### ORDER ADOPTING REPORT AND RECOMMENDATION

**BEFORE THE COURT** is the [10] Report and Recommendation entered by United States Magistrate Judge Linda R. Anderson on October 19, 2020. Judge Anderson recommends that the [1] Petition for Writ of Habeas Corpus filed by plaintiff, Clarence DeJuan Anderson, should be denied. Petitioner has not filed an objection to the Report and Recommendation and the time for filing an objection has expired.

Where no party has objected to the Magistrate Judge's report and recommendation, the Court need not conduct a de novo review of it. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). In such cases, the Court need only satisfy itself that there is no clear error on the face of the record. *Douglass v. United Serv. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having conducted the required review, the Court finds that Judge Anderson's Report and Recommendation is neither clearly erroneous nor contrary to law. Petitioner's Petition for Writ of Habeas Corpus is denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [10] Report and Recommendation entered by United States Magistrate Judge Linda R. Anderson is **ADOPTED** as the opinion of the Court. Clarence DeJuan Anderson's Petition for Writ of Habeas Corpus is **DENIED AND DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 17th day of November, 2020.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE