# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**CLARENCE DeJUAN ANDERSON**                                    **PETITIONER**

**v.**                                                                       **CAUSE NO. 1:17-cv-284-LG-LRA**

**LEPHER JENKINS**                                                        **RESPONDENT**

## **FINAL JUDGMENT OF DISMISSAL**

In accordance with the Court's Order Adopting Report and Recommendation, entered herewith dismissing with prejudice Petitioner Clarence DeJuan Anderson's [1] Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254,

**IT IS ORDERED AND ADJUDGED** that Petitioner Clarence DeJuan Anderson's habeas corpus petition is **DENIED** and this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 17th day of November, 2020.

                                                s/ *Louis Guirola, Jr.*

                                                LOUIS GUIROLA, JR.
                                                UNITED STATES DISTRICT JUDGE