IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CLARENCE DeJUAN ANDERSON**                                    **PETITIONER**

v.                                                                                  CAUSE NO. 1:17-cv-284-LG-LRA

**LEPHER JENKINS**                                                           **RESPONDENT**

## CERTIFICATE OF APPEALABILITY

A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court or a proceeding pursuant to 28 U.S.C. § 2255, the court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that:

  **X**  A Certificate of Appealability should not issue.  The applicant has failed to make a substantial showing of the denial of a constitutional right.

  ___  A Certificate of Appealability should issue for the following specific issue(s):

**SO ORDERED AND ADJUDGED** this the 17th day of November, 2020.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE